**In re Mike O'DONNELL and Andrew Cameron.**

No. 2011–1610.

United States Court of Appeals, Federal Circuit.

May 11, 2012.

Timothy E. Siegel, Timothy E. Siegel Patent Law, PLLC, of Bellevue, WA, argued for appellants.

Farheena Y. Rasheed, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Alexandria, VA, argued for appellee. With her on the brief were Raymond T. Chen, Solicitor and Joseph G. Piccolo, Associate Solicitor.

BRYSON, DYK, and MOORE, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

Ordered and Adjudged:

**AFFIRMED.** *See* Fed. Cir. R. 36.